UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 2:20-CV-14056-ROSENBERG/MAYNARD

DAVID WICKLINE,

    Plaintiff,

v.

COMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

    Defendant.
_____/

**ORDER ADOPTING MAGISTRATE'S
REPORT AND RECOMMENDATION AND CLOSING CASE**

This matter is before the Court upon the parties' cross-motions for summary judgment [DE 19; DE 20]. The motions were referred to the Honorable Magistrate Judge Shaniek M. Maynard for a Report and Recommendation. DE 2. On February 16, 2021, Judge Maynard issued a Report and Recommendation recommending that Defendant's Motion for Summary Judgment be granted and that Plaintiff's Motion for Summary Judgment be denied. DE 27. On March 2, 2021, Plaintiff filed Objections to the Report and Recommendation. DE 28.

The Court has conducted a *de novo* review of Judge Maynard's Report and Recommendation, Plaintiff's Objections thereto, and the record, and is otherwise fully advised in the premises. The Court agrees with the analysis and conclusions in the Report and Recommendation and finds Judge Maynard's recommendation to be well reasoned and correct.

For the foregoing reasons, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Maynard's Report and Recommendation [DE 27] is hereby **ADOPTED** in its entirety.

2. Defendant Commissioner of Social Security's Motion for Summary Judgment [DE 20] is **GRANTED**.

3. Plaintiff David Wickline's Motion for Summary Judgment [DE 19] is **DENIED**.

4. All deadlines are **TERMINATED**, all hearings are **CANCELLED**, and all motions are **DENIED AS MOOT**.

5. The Clerk of the Court is directed to **CLOSE THIS CASE**.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 8th day of March, 2021.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record